UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA                :

       - v -                            :

DARIUS JACKSON,                         :

                      Defendant.      :
------------------------------X

ORDER

16 Cr. 750 (JSR)

Upon the application of Robert M. Baum, Esq., counsel for **DARIUS JACKSON,**, and With the consent of the Government, by Michael Longyear, Esq.;

**IT IS ORDERED**, that pursuant to Rule 36, of the Federal Rules of Criminal Procedure, the Judgment is amended on Page 4, to indicate that the one year term of Supervised Release for Count 6 of the Indictment is to run concurrent with the three year terms of Supervised Release imposed for Counts 1, 3, and 4, for a total term of supervised release of three years.

SO ORDERED:

HONORABLE JED S. RAKOFF
United States District Judge

Dated:  October 19, 2021
        New York, New York